IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MARY JORDAN, on behalf of her minor child, C.R.J., : | |
| Plaintiff, : | Case No. 3:11-cv-316 |
| vs. : | District Judge Walter H. Rice |
| COMMISSIONER OF SOCIAL SECURITY, : | Magistrate Judge Michael J. Newman |
| Defendant. : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION FILED ON JANUARY 10, 2013; VACATING THE COMMISSIONER'S NON-DISABILITY FINDING; REMANDING PLAINTIFF'S CASE TO THE SOCIAL SECURITY ADMINISTRATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) FOR PAYMENT OF CHILD'S SUPPLEMENTAL SECURITY INCOME CONSISTENT WITH THE SOCIAL SECURITY ACT, THE REPORT AND RECOMMENDATION, AND THIS DECISION AND ENTRY; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. # 18), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on January 10, 2013 (Doc. # 18) is **ADOPTED** in full;

2. The Commissioner's non-disability finding is vacated;

3. Plaintiff's case is remanded to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for payment of Child's Supplemental

        Security Income consistent with the Social Security Act, the Report and Recommendation, and this Decision and Entry; and

4.    The case is terminated on the docket of this Court.

Date: 2-5-13

                                          Walter Herbert Rice
                                          United States District Judge