IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY JORDAN, on behalf of      :
her minor child, C.R.J.,

    Plaintiff,

            :  Case No. 3:11-cv-316

v.

              JUDGE WALTER H. RICE

CAROLYN COLVIN,
Commissioner of Social Security :

    Defendant.

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #23); SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (DOC. #22); AWARDING PLAINTIFF $5,154.00 IN FEES AND COSTS

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his Report and Recommendation, filed July 8, 2013, Doc. #23, as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed by either party within the time allotted.

Accordingly, Plaintiff's unopposed Motion for Award of Attorney Fees and Costs Pursuant to the Equal Access to Justice Act ("EAJA"), Doc. #22, is SUSTAINED, and Plaintiff is AWARDED $5,154.00 in fees and costs.

This case shall remain terminated upon the Court's docket.

Date: September 10, 2013   _____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE